IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-CR-134 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| LUCAS RANKIN, | : | 18 U.S.C. § 641 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 641)

From exact dates unknown, but beginning on or about June 12, 2021 and continuing until on or about July 13, 2021, the Defendant, **LUCAS RANKIN**, did willfully embezzle, steal, purloin, and knowingly convert to his use or the use of another, a thing of value of the United States, to wit: property of the United States Air Force.

In violation of 18 U.S.C. § 641.

VIPAL J. PATEL
Acting United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney